# CORPORATE CHARTER APPROVAL SHEET
## **EXPEDITED SERVICE**     ** KEEP WITH DOCUMENT **

DOCUMENT CODE  02     BUSINESS CODE  03

\# _____

Close  X      Stock  X      Nonstock _____

P.A. _____      Religious _____

Merging (Transferor) _____

```
1000361992441844
```

ID # D11075744  ACK # 1000361992441844
LIBER: B00909  FOLIO: 0331  PAGES: 0003
BRANDON GLICKSTEIN, INC.

                                        MAIL
                                        BACK
01/24/2006  AT 12:05 P  WO # 0001170504

Surviving (Transferee) _____

New Name _____

### FEES REMITTED

| | |
|---|---|
| Base Fee: 100 | _____ Change of Name |
| Org. & Cap. Fee: 20 | _____ Change of Principal Office |
| Expedite Fee: 70 | _____ Change of Resident Agent |
| Penalty: | _____ Change of Resident Agent Address |
| State Recordation Tax: | _____ Resignation of Resident Agent |
| State Transfer Tax: | _____ Designation of Resident Agent |
| Certified Copies | and Resident Agent's Address |
| Copy Fee: 23 | _____ Change of Business Code |
| Certificates | |
| Certificate of Status Fee: | _____ Adoption of Assumed Name |
| Personal Property Filings: | |
| Mail Processing Fee: 5 | |
| Other: | _____ Other Change(s) |
| TOTAL FEES: 218 | |

Credit Card _____  Check  X   Cash _____

_____ Documents on _____ Checks

Approved By: _____

Keyed By: _____

Code _____

X Attention: Brandon Glickstein

Mail: Name and Address
X  13 Form Gate Way Reisterstown MD
                                    21136

COMMENT(S):

**Stamp Work Order and Customer Number HERE**

CERTIFIED COPY MADE

CUST ID:0001727466
WORK ORDER:0001170504
DATE:01-24-2006 12:05 PM
AMT. PAID:$218.00



A Maryland Close Corporation,
Organized Pursuant to Title 4 of the
Corporations and Associations Article of the
Annotated Code of Maryland

ARTICLES OF INCORPORATION

OF

BRANDON GLICKSTEIN, INC.

FIRST: I, Brandon Glickstein, whose post office address is 18 Farm Gate Way, Reisterstown, Maryland 21136, being at least eighteen (18) years of age, hereby form a corporation under and by virtue of the General Laws of the State of Maryland.

SECOND: The name of the corporation (which is hereafter referred to as the "Corporation") is Brandon Glickstein, Inc.

THIRD: The Corporation shall be a close corporation as authorized by Title 4 of the Corporations and Associations Article of the Annotated Code of Maryland, as amended.

FOURTH: The purposes for which the Corporation is formed are:

(1) to engage in all aspects of business advertising and marketing and to engage in any other lawful purpose and business.

(2) to do anything permitted by Section 2-103 of the Corporations and Associations Article of the Annotated Code of Maryland, as amended from time to time.

FIFTH: The post office address of the principal office of the Corporation in this State is 18 Farm Gate Way, Reisterstown, Maryland 21136. The name and post office address of the Resident Agent of the Corporation in this State are Brandon Glickstein, 18 Farm Gate Way, Reisterstown, Maryland 21136. Said Resident Agent is an individual actually residing in this State.

SIXTH: The total number shares of capital stock which the Corporation has authority to issue is five thousand (5,000) shares of common stock, without par value.

SEVENTH: The number of Directors of the Corporation shall be one (1), which number may be increased or decreased pursuant to the By-Laws of the Corporation. The name of the director, who shall act until the first annual meeting or until his successor is duly elected and qualified is: Brandon Glickstein.

EIGHTH: No director or officer of the Corporation shall be liable to the Corporation or to its stockholders for money damages except (1) to the extent that it is proved that such director or officer actually received any improper benefit or profit in money, property, or services for the amount of the benefit or profit in money, property, or services actually received, or (2) to the extent that a judgment or other final adjudication adverse to such director or officer is entered in a proceeding based on a finding in the proceeding that such director's or officer's action, or failure to act, was (a) the result of active and deliberate dishonesty, or (b) intentionally wrongful, willful, or malicious and, in each such case, was material to the cause of action adjudicated in the proceeding.

IN WITNESS WHEREOF, I have signed these Articles of Incorporation this 16th day of December, 2005 and I acknowledge the same to be my act.

BRANDON GLICKSTEIN, INC.

By: Brandon Glickstein

RETURN TO:
Roger S. Weinberg
308 W. Pennsylvania Avenue
Towson, MD  21204

CUST ID: 0001727466
WORK ORDER: 0001170504
DATE: 01-24-2006 12:05 PM
AMT. PAID: $218.00