# CORPORATE CHARTER APPROVAL SHEET
## **EXPEDITED SERVICE**     ** KEEP WITH DOCUMENT **

DOCUMENT CODE __40__     BUSINESS CODE __20__

\# _____ .

Close _____     Stock _____     Nonstock _____

P.A. _____     Religious _____

Merging (Transferor) _____

_____

_____

_____

```
1000361998090900

ID # W13071030  ACK # 1000361998090900
PAGES: 0002
COMPETITIVE ADVANTAGE MEDIA GROUP, L.L.C.
                                    MAIL
                                    BACK
05/21/2009   AT 11:29 A  WO # 0001728750
```

Surviving (Transferee) _____

_____

_____

New Name _____

_____

_____

### FEES REMITTED

| | |
|---|---|
| Base Fee: | 100 |
| Org. & Cap. Fee: | |
| Expedite Fee: | 50 |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| ____ Certified Copies | |
| Copy Fee: | |
| ____ Certificates | |
| Certificate of Status Fee: | |
| Personal Property Filings: | |
| Mail Processing Fee: | 5 |
| Other: | |
| **TOTAL FEES:** | **155** |

____ Change of Name
____ Change of Principal Office
____ Change of Resident Agent
____ Change of Resident Agent Address
____ Resignation of Resident Agent
____ Designation of Resident Agent and Resident Agent's Address
____ Change of Business Code

____ Adoption of Assumed Name
_____

____ Other Change(s)
_____
_____

Credit Card __X__     Check _____     Cash _____

____ Documents on ____ Checks

Approved By: __15__

Keyed By: _____

COMMENT(S):

Code _____
Attention: _____

```
SECURE TITLE
SUITE 100
11155 DOLFIELD BLVD
OWINGS MILLS MD 21117-3259
```

```
CUST ID:0002285712
WORK ORDER:0001728750
DATE:05-28-2009 08:42 PM
AMT. PAID:$155.00
```

## ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1) The name of the Limited Liability Company is: COMPETITIVE ADVANTAGE MEDIA GROUP, L.L.C.

(2) The purpose for which the Limited Liability Company is filed is as follows: TO PROVIDE MARKETING SERVICES TO BUSINESSES.

(3) The address of the Limited Liability Company in Maryland is 18 FARM GATE WAY, REISTERSTOWN, MD 21136

(4) The resident agent of the Limited Liability Company in Maryland is JONATHAN S. BACH, ESQ.

whose address is 11155 DOLFIELD BLVD., STE 100, OWINGS MILLS, MD 21117

(6) x _____

x Brandon Glickstein

(6) _____
Resident Agent
I hereby consent to my designation in this document.

Signature(s) of Authorized Person(s)

**Filing party's return address:**

11155 DOLFIELD BLVD., STE 100
(7)

OWINGS MILLS, MD 21117

CUST ID:0002285712
WORK ORDER:0001728750
DATE:05-28-2009 08:42 PM
AMT. PAID:$155.00

# CORPORATE CHARTER APPROVAL SHEET
** EXPEDITED SERVICE**     ** KEEP WITH DOCUMENT **

DOCUMENT CODE __80__     BUSINESS CODE _____

\# __W13071030__

Close _____    Stock _____    Nonstock _____

P.A. _____    Religious _____

Merging (Transferor) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____

```
1000362004852622

ID # W13071030  ACK # 1000362004852622
PAGES: 0002
COMPETITIVE ADVANTAGE MEDIA GROUP, L.L.
C.

05/13/2013   AT 12:12 P  WO # 0004138520
```

New Name _____

_____

_____

## FEES REMITTED

Base Fee: __25__
Org. & Cap. Fee: _____
Expedite Fee: __50__
Penalty: _____
State Recordation Tax: _____
State Transfer Tax: _____
____ Certified Copies _____
Copy Fee: _____
____ Certificates
Certificate of Status Fee: _____
Personal Property Filings: _____
Mail Processing Fee: _____
Other: _____

TOTAL FEES: __75__

____ Change of Name
____ Change of Principal Office
__✓__ Change of Resident Agent
__✓__ Change of Resident Agent Address
____ Resignation of Resident Agent
____ Designation of Resident Agent
        and Resident Agent's Address
____ Change of Business Code

____ Adoption of Assumed Name

____ Other Change(s)

Code _____

Credit Card _____    Check __✓__    Cash _____

_____ Documents on _____ Checks

Approved By: __M__

Keyed By: _____

COMMENT(S):

Attention: _____

Mail: Name and Address

Offit Kurman, P.A
Attn: Kathy Landicho
8171 Maple Lawn Blvd #200
Fulton, MD 20759

---

Stamp Work Order and Customer Number HERE

```
CUST ID:0002921940
WORK ORDER:0004138520
DATE:05-13-2013 12:12 PM
AMT. PAID:$75.00
```

# RESOLUTION TO CHANGE PRINCIPAL OFFICE OR RESIDENT AGENT

The directors/stockholders/general partner/authorized person of _____

COMPETITIVE ADVANTAGE MEDIA GROUP, LLC
_____ ,
(Name of Entity)

organized under the laws of _____Maryland_____ , passed the following resolution:
(State)

[CHECK APPLICABLE BOX(ES)]

☐ The principal office is changed from:   (old address)

_____

to:   (new address)

CUST ID:0002921940
WORK ORDER:0004138520
DATE:05-13-2013 12:12 PM
AMT. PAID:$75.00

_____

_____

☑ The name and address of the resident agent is changed from:

Jonathan S. Bach, Esq.

1115 Dolfield Blvd., Suite 100, Owings Mills, MD 21117

to:

Michael N. Mercurio

8171 Maple Lawn Blvd., Suite 200, Fulton, MD 20759

I certify under penalties of perjury the foregoing is true.

_____
Secretary or Assistant Secretary
General Partner
Authorized Person

I hereby consent to my designation in this document as resident agent for this entity.

SIGNED _Michael N. Mercurio_
Resident Agent

Michael N. Mercurio, Resident Agent