**Competitive Advantage Media Group**
18 Farm Gate Way
Reiserstown, MD 21136

WACHOVIA BANK, NA
65-320/550

101

09/09/09

PAY TO THE ORDER OF: Capital Mailing Services     $2,531.88

two thousand five hundred thirty-one dollars and 88/100 DOLLARS

MEMO: Eaglenationwide rev ca 110/09

⑈000101⑈

09/10/2009  6
Bank of the West
221-022

PAY TO THE ORDER OF
BANK OF THE WEST
[ ] DEPOSIT ONLY
    SERVICES INC.

REQUEST 00006385315000000 2531.88
ROLL ECIA   20090911
JOB ECIA  E  ACCT 4
REQUESTOR A779605
15038541   03/01/2016 Research 15038713 HOGAN HISTORICAL: 000

Subpoena Processing Charlotte
D1111-016
Charlotte  NC  28201