```
                                                              15692
GENUINE TITLE, LLC
OPERATING ACCOUNT
11155 DOLFIELD BLVD. STE. 100
OWINGS MILLS, MD 21117
                                          DATE 6/3/09         7-11-520

PAY TO THE
ORDER OF  CMS Inc.                                    | $ 1788.97

seventeen hundred eighty eight and 97/100 ─────────── DOLLARS

M&T Bank
Owings Mills New Town Office

FOR  50438

⑈015692⑈
```

0870020090 6/5/2009 TCB MD  >055002338<

FOR DEPOSIT ONLY
CORPORATE MAILING SERVICES INC

| | |
|---|---|
| Posting Date | 2009 Jun 08 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $1,788.97 |
| Check/Store # | 15692 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 2349

http://darker/inquiry/servlet/inquiry                3/30/2016

**GENUINE TITLE, LLC**
OPERATING ACCOUNT
11155 DOLFIELD BLVD. STE. 100
OWINGS MILLS, MD 21117

17115
7-11-520

DATE 8/4/09

PAY TO THE ORDER OF CMS      $ 955.90

nine hundred fifty five and 90/100 —— DOLLARS

M&T Bank
Owings Mills NewTown Office

FOR 16242 - 16240

⑈017115⑈

209 FM 43769614

| | |
|---|---|
| Posting Date | 2009 Aug 07 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $955.90 |
| Check/Store # | 17115 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 3501

http://darker/inquiry/servlet/inquiry                                    3/30/2016

```
                                                                      17890
              GENUINE TITLE, LLC
              OPERATING ACCOUNT
              11155 DOLFIELD BLVD. STE. 100
              OWINGS MILLS, MD 21117
                                                    DATE 3/15/10        7-11
                                                                        ───
                                                                        620  6433
PAY
TO THE    CMS
ORDER OF _____    $ 840.04
         eight hundred forty dollars and 4/100 ─────────── DOLLARS

         M&T Bank
         Owings Mills New Town Office

FOR  17195                                           [signature]

  ⑈017890⑈
```

| | |
|---|---|
| Posting Date | 2010 Mar 19 |
| Bank # | 096 |
| Research Seq # | ██████ |
| Account # | ██████ |
| Dollar Amount | $840.04 |
| Check/Store # | 17890 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 7100

http://darker/inquiry/servlet/inquiry                    3/30/2016

```
                    GENUINE TITLE, LLC                                      22889
                    OPERATING ACCOUNT
                    11155 DOLFIELD BLVD. STE. 100
                    OWINGS MILLS, MD 21117
                                                              DATE 5/5/10       711-6433
                                                                                520

PAY
TO THE      CMS
ORDER OF _____     $ 1131.99

        eleven hundred thirty one and 99/100 ———————————————
                                                                     DOLLARS

        M&T Bank
        Owings Mills New Town Office

FOR _____

        ⑆022889⑆
```

Posting Date      2010 May 10

Bank #            096

Research Seq #    ▓▓▓▓▓▓▓▓

Account #         ▓▓▓▓▓▓▓▓

Dollar Amount     $1,131.99

Check/Store #     22889

DB/CR             DB

Record Type #     01

GT M&T Op Acct 7712

http://darker/inquiry/servlet/inquiry

3/30/2016





Posting Date    2010 Aug 06
Bank #          096
Research Seq #  ▆▆▆▆▆▆▆▆
Account #       ▆▆▆▆▆▆▆▆
Dollar Amount   $1,453.09
Check/Store #   23617
DB/CR           DB
Record Type #   01

GT M&T Op Acct 8444



Posting Date      2010 Oct 28
Bank #            096
Research Seq #    
Account #         
Dollar Amount     $1,276.15
Check/Store #     24310
DB/CR             DB
Record Type #     01

GT M&T Op Acct 9228

http://darker/inquiry/servlet/inquiry                             3/30/2016

```
GENUINE TITLE, LLC                                    24741
OPERATING ACCOUNT
11155 DOLFIELD BLVD. STE. 100
OWINGS MILLS, MD 21117
                                         DATE 12/17/10       7-11-520
PAY
TO THE
ORDER OF  CMS                                        | $ 456.52

  four hundred fifty six and 52/100                   DOLLARS

        M&T Bank
        Owings Mills New Town Office
FOR  2029      #57651
```

Posting Date      2010 Dec 22
Bank #            096
Research Seq #    ████████
Account #         ████████
Dollar Amount     $456.52
Check/Store #     24741
DB/CR             DB
Record Type #     01

GT M&T Op Acct 9718

http://darker/inquiry/servlet/inquiry                          3/30/2016

```
                                                                    25155
GENUINE TITLE, LLC
OPERATING ACCOUNT
11155 DOLFIELD BLVD. STE. 100
OWINGS MILLS, MD 21117
                                                  DATE  1/28/11     7-11-520
PAY
TO THE
ORDER OF  CMS                                              $ 147.27

One hundred forty seven and 27/100                              DOLLARS

M&T Bank
Owings Mills New Town Office

FOR  18915 - $48.00 / 19897 $99.27
```

Posting Date    2011 Feb 02

Bank #          096

Research Seq #  

Account #       

Dollar Amount   $147.27

Check/Store #   25155

DB/CR           DB

Record Type #   01

GT M&T Op Acct 10028

http://darker/inquiry/servlet/inquiry                    3/29/2016