IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD J. FANGMAN, *et al.* | * | |
| *Plaintiffs,* | * | Civil Action No.:1:14-cv-00081-RDB |
| v. | * | |
| GENUINE TITLE, LLC, *et al.,* | * | |
| *Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF JAY ZUKERBERG

I, Jay Zukerberg, being over the age of eighteen (18) and competent to testify to the matters stated herein do solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the following are true and correct:

1. I was the President of Genuine Title, LLC from March 2005 to April 2014.

2. Genuine Title was in the business of providing title and settlement services and was licensed in many states including the State of Maryland.

3. While Genuine Title was in business, it provided title and settlement services for mortgages brokered by Eagle Nationwide Mortgage Corporation, a subsidiary of Eagle National Bank ("Eagle National").

4. Genuine Title and Adam Mandelberg, a branch manager at Eagle National, had an agreement whereby Genuine Title agreed to pay kickbacks in exchange for referrals of Eagle National borrowers to Genuine Title. It was agreed that the kickbacks would be paid through Mr. Mandelberg's company, R&R Marketing Group, LLC and would be a set amount paid to Mr. Mandelberg for each referral from his branch that closed with

Genuine Title. The amount of the kickback agreed upon and paid would have been between $300 - $600 per settlement.

5. Genuine Title and Gary Klopp, another branch manager at Eagle National, had an agreement whereby Genuine Title agreed to pay kickbacks in exchange for referrals of Eagle National borrowers to Genuine Title. It was agreed that the kickbacks would be paid through Mr. Klopp's companies, Carroll Abstract, Inc. and All County Settlements, LLC and would be a set amount paid to Mr. Klopp for each referral from his branch that closed with Genuine Title. The amount of the kickback agreed upon and paid would have been between $300 - $400 per settlement.

6. Genuine Title and Angela Pobletts, another branch manager at Eagle National, had an agreement whereby Genuine Title agreed to pay kickbacks in exchange for referrals of Eagle National borrowers to Genuine Title. It was agreed that the kickbacks would be paid through Ms. Pobletts' company, MARC, LLC and would be calculated as follows: The amount of the kickback agreed upon and paid for each settlement referred was calculated based on the following formula:

   a. charges to the borrower referred;

   b. minus $500-600 for costs and overhead;

   c. divided by 2.

7. The amount of the kickbacks was calculated on a monthly basis.

8. No actual real estate settlement services were provided by Adam Mandelberg, Gary Klopp, Angela Pobletts, All County Settlements, LLC, Carroll Abstracts, Inc., R&R Marketing, LLC, or MARC, LLC for any of the borrowers referred.

9.  A referral fee was paid to Adam Mandelberg (R&R Marketing, LLC), Gary Klopp (through Carroll Abstracts, Inc. and All County Settlements, LLC), or Angela Pobletts (through MARC, LLC) for all Eagle National borrowers' loans referred by them that closed with Genuine Title between 2/1/2010 and 7/1/2011.

10. **Exhibit 1** to my affidavit are true and accurate copies of checks paid by Genuine Title to Adam Mandelberg through R&R Marketing Group, LLC. Each check was a kickback that was agreed upon with Mr. Mandelberg for referrals from Eagle National.

11. **Exhibit 2** to my affidavit are true and accurate copies of checks paid by Genuine Title to Gary Klopp through Carroll Abstract, Inc. and All County Settlements, LLC. Each check was a kickback that was agreed upon with Mr. Klopp for referrals from Eagle National.

12. **Exhibit 3** to my affidavit are true and accurate copies of checks paid by Genuine Title to Angela Pobletts through MARC, LLC. Each check was a kickback that was agreed upon with Ms. Pobletts for referrals from Eagle National.

Each of the checks contained in Exhibits 1 through 3 represent a portion or a percentage of the charges received by Genuine Title for the real estate settlement services provided by Genuine Title to the borrowers referred by Eagle National Bank.


I declare under the penalty of perjury that the foregoing is true and correct.


3/28/16
Executed on:

Jay Zukerberg, Affiant


**STATE OF MARYLAND**

3

COUNTY OF _Baltimore_

I HEREBY CERTIFY that, on this _28th_ day of _March_, 2016, before me, the subscriber, a Notary Public of the State of Maryland, personally appeared **JAY ZUKERBERG**, and acknowledged the foregoing Affidavit to be his act and deed.

AS WITNESS my hand and notarial seal.

_Stephanie Cornbrooks_
Notary Public
My Commission Expires: _4/4/17_

4



| | |
|---|---|
| Posting Date | 2010 Jul 27 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $500.00 |
| Check/Store # | 23454 |
| DB/CR | DB |
| Record Type # | 01 |





| | |
|---|---|
| Posting Date | 2010 Aug 06 |
| Bank # | 096 |
| Research Seq # | ▮▮▮▮▮ |
| Account # | ▮▮▮▮▮▮▮▮ |
| Dollar Amount | $1,800.00 |
| Check/Store # | 23612 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 8457



| | |
|---|---|
| Posting Date | 2010 Aug 25 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $1,200.00 |
| Check/Store # | 23761 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 8589



| Posting Date | 2010 Aug 25 |
|---|---|
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $4,800.00 |
| Check/Store # | 23753 |
| DB/CR | DB |
| Record Type # | 01 |



| | |
|---|---|
| Posting Date | 2010 Sep 08 |
| Bank # | 096 |
| Research Seq # | ████████ |
| Account # | ████████ |
| Dollar Amount | $2,900.00 |
| Check/Store # | 23862 |
| DB/CR | DB |
| Record Type # | 01 |



| Posting Date | 2010 Sep 22 |
|---|---|
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $1,200.00 |
| Check/Store # | 23965 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 8847



| Posting Date | 2010 Oct 04 |
|---|---|
| Bank # | 096 |
| Research Seq # | ▇▇▇▇▇▇▇ |
| Account # | ▇▇▇▇▇▇▇ |
| Dollar Amount | $300.00 |
| Check/Store # | 24035 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 8945

3/30/2016



**GENUINE TITLE, LLC**
**OPERATING ACCOUNT**
11155 DOLFIELD BLVD. STE. 100
OWINGS MILLS, MD 21117

24123

DATE 10/6/10

PAY TO THE ORDER OF R and R Marketing     $ 1800.00

Eighteen hundred dollars — DOLLARS

M&T Bank
Owing Mills Nine Town Office

FOR

⑈024123⑈



10/03/18

PAY TO THE ORDER OF
WACHOVIA BANK, N.A.
FOR DEPOSIT ONLY
R & R MARKETING GROUP LL

| | |
|---|---|
| Posting Date | 2010 Oct 12 |
| Bank # | 096 |
| Research Seq # | ▮▮▮▮ |
| Account # | ▮▮▮▮ |
| Dollar Amount | $1,800.00 |
| Check/Store # | 24123 |
| DB/CR | DB |
| Record Type # | 01 |





| | |
|---|---|
| Posting Date | 2010 Nov 08 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $2,400.00 |
| Check/Store # | 24393 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 9333



GENUINE TITLE, LLC
OPERATING ACCOUNT
11155 DOLFIELD BLVD, STE. 100
OWINGS MILLS, MD 21117

24599

7-11-520

DATE 12/2/10

PAY TO THE ORDER OF Paul R marketing                    $ 1400.00

fourteen hundred dollars                                  DOLLARS

M&T Bank
Owings Mills View/Town Office

FOR

⑆024599⑆



| | |
|---|---|
| Posting Date | 2010 Dec 06 |
| Bank # | 096 |
| Research Seq # |  |
| Account # | |
| Dollar Amount | $1,400.00 |
| Check/Store # | 24599 |
| DB/CR | DB |
| Record Type # | 01 |





Posting Date      2011 Jan 03

Bank #            096

Research Seq #    

Account #

Dollar Amount     $4,200.00

Check/Store #     24778

DB/CR             DB

Record Type #     01

GT M&T Op Acct 9796



| | |
|---|---|
| Posting Date | 2011 Feb 03 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $1,200.00 |
| Check/Store # | 25187 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 10036





| | |
|---|---|
| Posting Date | 2011 Feb 22 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $1,000.00 |
| Check/Store # | 25341 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 10160



Posting Date      2011 Mar 04

Bank #            096

Research Seq #    ███████████

Account #         ███████████

Dollar Amount     $192.40

Check/Store #     25432

DB/CR             DB

Record Type #     01



Posting Date        2011 Mar 25

Bank #              096

Research Seq #      ████████

Account #           ████████

Dollar Amount       $2,175.00

Check/Store #       25523

DB/CR               DB

Record Type #       01



GENUINE TITLE, LLC
OPERATING ACCOUNT
11155 DOLFIELD BLVD, STE. 100
OWINGS MILLS, MD 21117

25642

7-11-520

DATE 4/4/11

PAY
TO THE
ORDER OF   Paul R Markiton                                    $ 1036·00

One thousand thirty six dollars                              DOLLARS

M&T Bank
Owing Mills Hooltown Office

FOR

⑆025642⑆



Posting Date       2011 Apr 04

Bank #             096

Research Seq #     

Account #

Dollar Amount      $1,036.00

Check/Store #      25642

DB/CR              DB

Record Type #      01





| | |
|---|---|
| Posting Date | 2011 Apr 25 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $774.00 |
| Check/Store # | 25807 |
| DB/CR | DB |
| Record Type # | 01 |



| Posting Date | 2011 May 12 |
|---|---|
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $764.00 |
| Check/Store # | 25928 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 10796



Posting Date       2011 May 24

Bank #             096

Research Seq #     ████████

Account #          ████████

Dollar Amount      $400.00

Check/Store #      26028

DB/CR              DB

Record Type #      01

GT M&T Op Acct 10873







| | |
|---|---|
| Posting Date | 2011 Jun 08 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $905.00 |
| Check/Store # | 26124 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 10988





| | |
|---|---|
| Posting Date | 2011 Jul 13 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $1,973.00 |
| Check/Store # | 26473 |
| DB/CR | DB |
| Record Type # | 01 |



| | |
|---|---|
| Posting Date | 2011 Jul 25 |
| Bank # | 096 |
| Research Seq # | ▮▮▮▮▮▮ |
| Account # | ▮▮▮▮▮▮ |
| Dollar Amount | $2,459.00 |
| Check/Store # | 26656 |
| DB/CR | DB |
| Record Type # | 01 |



| | |
|---|---|
| Posting Date | 2011 Aug 05 |
| Bank # | 096 |
| Research Seq # | ████████ |
| Account # | ████████ |
| Dollar Amount | $530.00 |
| Check/Store # | 26854 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 11646



| | |
|---|---|
| Posting Date | 2011 Aug 29 |
| Bank # | 096 |
| Research Seq # | █████ |
| Account # | █████ |
| Dollar Amount | $3,207.00 |
| Check/Store # | 27193 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 11904



Posting Date      2009 Oct 13

Bank #            096

Research Seq #    

Account #

Dollar Amount     $15,800.00

Check/Store #     19325

DB/CR             DB

Record Type #     01

---

GENUINE TITLE, LLC
OPERATING ACCOUNT
11155 DOLFIELD BLVD, STE. 100
OWINGS MILLS, MD 21117

19327

DATE 10/13/09

PAY TO THE ORDER OF  Carson Abstracts                    $ 6475.00

Sixty four hundred seventy five dollars ——————   DOLLARS

M&T Bank
Owings Mills New Town Office

FOR

⑆019327⑈

EXHIBIT
2

GT M&T Op Acct 4580





| | |
|---|---|
| Posting Date | 2009 Oct 30 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $5,120.00 |
| Check/Store # | 19682 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 4849





Posting Date      2009 Nov 13

Bank #            096

Research Seq #

Account #

Dollar Amount     $14,080.00

Check/Store #     19929

DB/CR             DB

Record Type #     01



CREDIT TO WITHIN NAMED PAYEE

Posting Date      2009 Dec 08
Bank #            096
Research Seq #
Account #
Dollar Amount     $3,224.31
Check/Store #     20542
DB/CR             DB
Record Type #     01

GENUINE TITLE, LLC
OPERATING ACCOUNT
11155 DOLFIELD BLVD, STE. 100
OWINGS MILLS, MD 21117

20551

DATE 12/7/09

PAY TO THE ORDER OF  Carroll Abstracts Inc.              | $ 5725.00

fifty one hundred twenty five dollars —— DOLLARS

M&T Bank
Owings Mills Hunt Town Office

FOR

⑈"020551 ⑈





| | |
|---|---|
| Posting Date | 2009 Dec 14 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $12,875.00 |
| Check/Store # | 20571 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 5712





| | |
|---|---|
| Posting Date | 2009 Dec 31 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $19,875.00 |
| Check/Store # | 20989 |
| DB/CR | DB |
| Record Type # | 01 |



| | |
|---|---|
| Posting Date | 2010 Feb 22 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $16,525.00 |
| Check/Store # | 17666 |
| DB/CR | DB |
| Record Type # | 01 |





| | |
|---|---|
| Posting Date | 2010 Mar 24 |
| Bank # | 096 |
| Research Seq # | ████████ |
| Account # | ████████ |
| Dollar Amount | $8,415.00 |
| Check/Store # | 17984 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 7165



| | |
|---|---|
| Posting Date | 2010 Apr 21 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $9,610.00 |
| Check/Store # | 22702 |
| DB/CR | DB |
| Record Type # | 01 |







| Posting Date | 2010 May 21 |
| --- | --- |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $8,054.00 |
| Check/Store # | 22939 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 7827

http://darker/inquiry/servlet/inquiry

3/30/2016



| | |
|---|---|
| Posting Date | 2010 Jun 21 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $7,200.00 |
| Check/Store # | 23173 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 8061





| | |
|---|---|
| Posting Date | 2010 Aug 02 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $200.00 |
| Check/Store # | 23400 |
| DB/CR | DB |
| Record Type # | 01 |





| | |
|---|---|
| Posting Date | 2010 Jul 22 |
| Bank # | 096 |
| Research Seq # | ▮▮▮▮ |
| Account # | ▮▮▮▮ |
| Dollar Amount | $14,800.00 |
| Check/Store # | 23411 |
| DB/CR | DB |
| Record Type # | 01 |



| | |
|---|---|
| Posting Date | 2010 Aug 20 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $12,400.00 |
| Check/Store # | 23736 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 8564

http://darker/inquiry/servlet/inquiry

3/30/2016



| Posting Date | 2010 Sep 21 |
| --- | --- |
| Bank # | 096 |
| Research Seq # |  |
| Account # | |
| Dollar Amount | $12,127.00 |
| Check/Store # | 23927 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 8842





| | |
|---|---|
| Posting Date | 2010 Oct 27 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $200.00 |
| Check/Store # | 24053 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 9221







| | |
|---|---|
| Posting Date | 2010 Oct 06 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $11,200.00 |
| Check/Store # | 24100 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 8998





| Posting Date | 2010 Oct 22 |
| --- | --- |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $6,150.00 |
| Check/Store # | 24270 |
| DB/CR | DB |
| Record Type # | 01 |





| | |
|---|---|
| Posting Date | 2010 Nov 16 |
| Bank # | 096 |
| Research Seq # | ▓▓▓▓▓▓ |
| Account # | ▓▓▓▓▓▓ |
| Dollar Amount | $850.00 |
| Check/Store # | 24455 |
| DB/CR | DB |
| Record Type # | 01 |





Posting Date       2010 Nov 19
Bank #             096
Research Seq #     
Account #          
Dollar Amount      $12,045.00
Check/Store #      24514
DB/CR              DB
Record Type #      01

GT M&T Op Acct 9439





Posting Date        2010 Dec 16

Bank #              096

Research Seq #      

Account #           

Dollar Amount       $600.00

Check/Store #       24651

DB/CR               DB

Record Type #       01





| | |
|---|---|
| Posting Date | 2010 Dec 23 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $15,200.00 |
| Check/Store # | 24733 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 9729



Posting Date      2011 Jan 24

Bank #            096

Research Seq #

Account #

Dollar Amount     $9,850.00

Check/Store #     25122

DB/CR             DB

Record Type #     01

GT M&T Op Acct 9962



| | |
|---|---|
| Posting Date | 2011 Feb 02 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $1,188.00 |
| Check/Store # | 25112 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 10030





| Posting Date | 2011 Feb 03 |
| --- | --- |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $10,950.00 |
| Check/Store # | 25160 |
| DB/CR | DB |
| Record Type # | 01 |



GENUINE TITLE, LLC
OPERATING ACCOUNT
11185 DOLFIELD BLVD. STE. 100
OWINGS MILLS, MD 21117

23613

DATE 8/3/10

PAY TO THE ORDER OF: Marc LLC                                    $ 1200.00

twelve hundred dollars                                    DOLLARS

M&T Bank
Owing Mills Reisterstown Office

FOR

Posting Date      2010 Aug 09
Bank #            096
Research Seq #
Account #
Dollar Amount     $1,200.00
Check/Store #     23613
DB/CR             DB
Record Type #     01



GT M&T Op Acct 8475



Posting Date        2010 Aug 20

Bank #              096

Research Seq #      ████████

Account #           ████████

Dollar Amount       $2,400.00

Check/Store #       23743

DB/CR               DB

Record Type #       01



| | |
|---|---|
| Posting Date | 2010 Sep 03 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $853.15 |
| Check/Store # | 23543 |
| DB/CR | DB |
| Record Type # | 01 |





| | |
|---|---|
| Posting Date | 2010 Sep 20 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $3,000.00 |
| Check/Store # | 23964 |
| DB/CR | DB |
| Record Type # | 01 |



| | |
|---|---|
| Posting Date | 2010 Oct 07 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $2,400.00 |
| Check/Store # | 24096 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 9010



Posting Date       2010 Oct 22

Bank #             096

Research Seq #     ████████

Account #          ████████

Dollar Amount      $600.00

Check/Store #      24281

DB/CR              DB

Record Type #      01



Posting Date      2010 Nov 05

Bank #            096

Research Seq #

Account #

Dollar Amount     $525.00

Check/Store #     24389

DB/CR             DB

Record Type #     01

GENUINE TITLE, LLC
OPERATING ACCOUNT
11155 DOLFIELD BLVD. STE 100
OWINGS MILLS, MD 21117

24399

DATE 11/5/10

PAY TO THE ORDER OF   Marc Llc            $ 1600.00

eighteen hundred dollars — — — — — — DOLLARS

M&T Bank
Owings Mills Area/Town Office

FOR

⑈O24399⑈



| | |
|---|---|
| Posting Date | 2010 Nov 19 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $800.00 |
| Check/Store # | 24515 |
| DB/CR | DB |
| Record Type # | 01 |

GT M&T Op Acct 9445