IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **MARY E. EDMONDSON,** | * | |
| **Plaintiff,** | * | **Case No.: 1:16-cv-03938-RDB** |
| v. | * | |
| **EAGLE NATIONAL BANK, et al.,** | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT ~~PROPOSED~~ SCHEDULE

The parties respectfully submit the following joint proposed schedule:

| | |
|---|---|
| Report on number of deposition hours | July 19, 2019 |
| Defendants' Answer to Complaint | July 26, 2019 |
| ESI Conference Completed | August 7, 2019 |
| Initial Disclosures | August 16, 2019 |
| Deadline for Rule 26(a)(2) Disclosure for Plaintiff's Expert on Class Certification | October 10, 2019 |
| Moving for Joinder of Additional Parties and Amendment of Pleadings | November 1, 2019 |
| Deadline for Rule 26(a)(2) Disclosure for Defendants' Expert on Class Certification | November 11, 2019 |
| Deadline for Rebuttal Rule 26(a)(2) Disclosure for Plaintiff's Expert on Class Certification | December 2, 2019 |
| Deadline to file Plaintiff's Motion for Class Certification | December 16, 2019 |
| Pre-Class Certification Discovery Deadline | January 30, 2019 |
| Deadline to Oppose Plaintiff's Motion for Class Certification | January 31, 2020 |

| | |
|---|---|
| Deadline to Reply to Defendants' Class Certification Opposition | February 20, 2020 |
| Hearing on Class Certification | March 4, 2020 |
| Post-Class Certification Discovery Deadline | 90 days following class certification decision |
| Deadline for Rule 26(a)(2) Disclosure for Plaintiff's Expert(s) on Substantive Issues | 110 days following class certification decision |
| Deadline for Rule 26(a)(2) Disclosure for Defendants' Expert(s) on Substantive Issues | 140 days following class certification decision |
| Expert Discovery Deadline | 170 days following class certification decision |
| Deadline to file Motions for Summary Judgment | 170 days following class certification decision |
| Pretrial conferences | TBD |
| Trials to commence | TBD |

Discovery on class certification and the merits discovery will proceed concurrently. The parties reserve all rights to object to discovery consistent with the Federal Rules of Civil Procedure.

The parties agree that the court at its discretion may adjust the scheduling order to take into account rulings on the scope of and timing of discovery.

July __11__, 2019

_____
The Honorable Richard D. Bennett